IN UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 19-23303-CMB |
| Mitchell R. Steele, Jr. and | : | |
| Shannon L. Steele, | : | |
|     Debtors, | : | |
| | : | Chapter 13 |
| Mitchell R. Steele, Jr. and | : | |
| Shannon L. Steele, | : | |
|     Movants, | : | |
| | : | Related to Document No. 18 |
| Ronda J. Winnecour, Esq., Trustee, | : | |
|     Respondent. | : | |

## ORDER OF COURT

AND NOW, to-wit, this __12th__ day of __September__, 2019, upon consideration of Debtors'/Movants' Motion To Continue the September 23, 2019 341 Meeting of Creditors and Chapter 13 Plan Confirmation Hearing due to an out-of-town work obligation for Debtor, Mitchell R. Steele, Jr., and with the consent of the Chapter 13 Trustee, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the 341 Meeting of Creditors and Chapter 13 Plan Confirmation Hearing will be rescheduled by the Bankruptcy Court.

Prepared by:
Maureen Kroll, Esquire
Attorney for Debtors/Movants.

BY THE COURT:

Honorable Carlota M. Böhm

FILED
9/12/19 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mitchell R. Steele, Jr.  
Shannon L. Steele  
      Debtors

Case No. 19-23303-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Sep 12, 2019  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
```
db            +Mitchell R. Steele, Jr.,    723 Lowry Avenue,    Jeannette, PA 15644-2660
jdb           +Shannon L. Steele,    723 Lowry Avenue,    Jeannette, PA 15644-2660
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
```
          James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          Maureen   Kroll    on behalf of Joint Debtor Shannon L. Steele maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Maureen   Kroll    on behalf of Debtor Mitchell R. Steele, Jr. maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```