**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
Case No. **19−23303−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mitchell R. Steele Jr.<br>723 Lowry Avenue<br>Jeannette, PA 15644 | Shannon L. Steele<br>fka Shannon L. McAlister<br>723 Lowry Avenue<br>Jeannette, PA 15644 |

Social Security No.:
  xxx−xx−2455                                                              xxx−xx−8876

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Maureen Kroll<br>8981 Norwin Avenue<br>Suite 203.<br>North Huntingdon, PA 15642<br>Telephone number: 724−863−6770 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>October 21, 2019<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>October 21, 2019<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/12/19                                                          BY THE COURT

                                                                        Carlota M. Bohm
                                                                        Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-23303-CMB
Mitchell R. Steele, Jr.                                                         Chapter 13
Shannon L. Steele
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala                    Page 1 of 2                 Date Rcvd: Sep 12, 2019
                              Form ID: rsc13                Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db/jdb         +Mitchell R. Steele, Jr.,    Shannon L. Steele,    723 Lowry Avenue,    Jeannette, PA 15644-2660
15108770       +Clerk of Courts,    2 N. Main Street,    Suite 101,    Greensburg, PA 15601-2405
15108772       +Credit Union Bank,    6801 S. Cimarron Road,    Las Vegas, NV 89113-2273
15108773       +Crosina George,    188 Burrell Hill Road,    Penn, PA 15675-1100
15108776       +Elliott Federal Credit Union,    920 N. Fourth Street,    Jeannette, PA 15644-1499
15108778       +First National Bank of Pennsylvania,    c/o Bernard C. John, Esquire,    AAS Debt Recovery Inc.,
                 P.O. Box 129,    Monroeville, PA 15146-0129
15108780       +LVNV Funding LLC,    c/o Ian Z. Winograd, Esquire,    Pressler, Felt & Warshaw, LLP,
                 400 Horsham Road, Suite 110,    Horsham, PA 19044-2146
15108781       +MBM Collections, LLC,    100 Purity Road,    Suite 3,   Pittsburgh, PA 15235-4441
15108784       +PHEAA,    1200 N. 7th Street,   4th Floor,    Harrisburg, PA 17102-1444
15108785       +PNC Bank, National Association,    c/o Michael T. McKeever, Esquire,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
15108786       +Receivables Mgmt. Svcs. LLC,    240 Emery Street,    Bethlehem, PA 18015-1980
15108788       +Westmoreland Christian Academy,    538 Rugh Street,    Greensburg, PA 15601-5616
15108789       +Westmoreland County Tax Claim Bureau,    40 N. Pennsylvania Avenue,    Suite 109,
                 Greensburg, PA 15601-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:40:52      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 13 2019 02:44:13
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 13 2019 02:45:14
                 Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
15108769        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 13 2019 02:44:13
                 Capital One Bank USA NA,    P.O. Box 85015,    Richmond, VA 23285
15120382        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 13 2019 02:44:11
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15108771       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 13 2019 02:41:09
                 Collection Service Center, Inc.,    839 Fifth Avenue,    New Kensington, PA 15068-6303
15108774       +E-mail/PDF: pa_dc_ed@navient.com Sep 13 2019 02:44:17     Department of Education/Navient,
                 P.O. Box 9655,    Wilkes Barre, PA 18773-9655
15108775       +E-mail/Text: bankruptcynotices@dcicollect.com Sep 13 2019 02:41:32
                 Diversified Consultants Inc.,    10550 Deerwood Park Blvd.,    Suite 708,
                 Jacksonville, FL 32256-2810
15108777       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Sep 13 2019 02:45:16      Exeter Finance,
                 P.O. Box 166097,    Irving, TX 75016-6097
15108779       +E-mail/Text: bncnotices@becket-lee.com Sep 13 2019 02:40:24      Kohls/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
15108782       +E-mail/PDF: pa_dc_claims@navient.com Sep 13 2019 02:44:45      Navient,    P.O. Box 9655,
                 Wilkes Barre, PA 18773-9655
15108783       +E-mail/Text: blegal@phfa.org Sep 13 2019 02:41:04     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA 17101-1406
15117661        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 13 2019 02:45:18      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
15108787       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 13 2019 02:45:18      Regional Acceptance Corporation,
                 P.O. Box 580075,    Charlotte, NC 28258-0075
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL  ASSOCIATION
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: aala                  Page 2 of 2                  Date Rcvd: Sep 12, 2019
                              Form ID: rsc13              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          Maureen  Kroll    on behalf of Joint Debtor Shannon L. Steele maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Maureen  Kroll    on behalf of Debtor Mitchell R. Steele, Jr. maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```