IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 19-23303-CMB |
| Mitchell R. Steele, Jr. and | : | |
| Shannon L. Steele, | : | |
| f/k/a Shannon L. McAlister, | : | |
|     Debtors, | : | |
| | : | Chapter 13 |
| Shannon L. Steele, | : | |
| f/k/a Shannon L. McAlister, | : | |
|     Movant, | : | |
| | : | |
| And | : | Related to Document No. 34 |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
|     Additional Movant, | : | |
| | : | |
| Shady Lane | : | |
| 100 N. Braddock Avenue | : | |
| Pittsburgh, PA  15208 | : | |
| Attn.:  Carolyn Simpson, | : | |
|     Office Administrator, | : | |
|     Respondent. | : | |
| | : | |
| Social Security No.  XXX-XX-8876 | : | |

ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT


Upon representation of the above-named Debtors, Mitchell R. Steele, Jr. and Shannon L. Steele, f/k/a Shannon L. McAlister, having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan:

IT IS HEREBY ORDERED that until further Order of this Court, the entity from which the Joint Debtor receives income:

Shady Lane
100 N. Braddock Avenue
Pittsburgh, PA  15208
Attn.:  Carolyn Simpson,
        Office Administrator

shall deduct from said income the amount of One Thousand Three Hundred Thirty-Six Dollars ($1,336.00) monthly beginning on the next pay day following receipt of this Order and deduct a similar amount each month thereafter, including any period for which the Joint Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Joint Debtor and shall remit the deducted sums on a monthly basis to:

Ronda J. Winnecour
Chapter 13 Trustee, W.D.P.A.
P.O. Box 84051
Chicago, IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Joint Debtor's attorney, Maureen Kroll, Esquire, 8981 Norwin Avenue, Suite 203, North Huntingdon, Pennsylvania 15642, (724) 863-6770, if the Joint Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income to the Joint Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues, be paid to the Joint Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF JOINT DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Joint Debtor for the administration of this attachment Order, except as may be allowed upon application to and Order of this Court.

IT IS FURTHER ORDERED that the Joint Debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as Ordered herein may be subject to sanctions including damages to Joint Debtor and this Estate.

Prepared by:
Maureen Kroll, Esquire
Attorney for Debtors/Movants.

Date:___March 30, 2020___

Carlota M. Böhm                                    dmr
Chief United States Bankruptcy Court Judge

FILED
3/30/20 9:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-23303-CMB
Mitchell R. Steele, Jr.                                            Chapter 13
Shannon L. Steele
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric           Page 1 of 1              Date Rcvd: Mar 30, 2020
                              Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
db/jdb          +Mitchell R. Steele, Jr.,   Shannon L. Steele,   723 Lowry Avenue,   Jeannette, PA 15644-2660

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Maureen  Kroll    on behalf of Joint Debtor Shannon L. Steele maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Maureen  Kroll    on behalf of Debtor Mitchell R. Steele, Jr. maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 6