IN UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 19-23303-CMB |
| Mitchell R. Steele, Jr. and | : | |
| Shannon L. Steele, | : | |
| f/k/a Shannon L. McAlister, | : | |
|     Debtors, | : | |
| | : | Chapter 13 |
| Mitchell R. Steele, Jr. and | : | |
| Shannon L. Steele, | : | |
| f/k/a Shannon L. McAlister, | : | |
|     Movants, | : | |
| | : | Document No. 41 |
| Ronda J. Winnecour, Esq., Trustee, | : | |
|     Respondent. | : | |

## CONSENT ORDER

WHEREAS, Mitchell R. Steele, Jr. and Shannon L. Steele, f/k/a Shannon L. McAlister, Debtors, wish to apply for assistance under the Pennsylvania Homeowners Assistance Program with respect to the property at 723 Lowry Avenue, Jeannette, PA 15644;

WHEREAS, the program requires the approval of the Trustee or Bankruptcy Court;

WHEREAS, the Trustee consents to the Debtors' participation, but believes it in the best interest of all parties to formalize the consent by Order of Court;

AND NOW; therefore, upon the consent of the Debtors and Trustee, IT IS HEREBY ORDERED:

    1.    Debtors are expressly authorized to participate in the PAHAF program. Trustee acknowledges that to the extent relief is granted, funds will be distributed directly to the mortgage lender/servicer,

contract for Deed holder, County Treasurer, local taxing authority, hazard insurance company, homeowners/condominium association, or other payee by the PAHAF and/or its authorized agents on behalf of the applicant.

2. In the event there are any funds distributed as a result of Debtors' participation, Debtors shall file a report with the Court that expressly lists the amounts distributed and to whom, and shall, to the extent the distributions affect claims to have been paid under the Plan, file an Amended Plan or a Stipulated Order to modify the Plan to account for the distributions.

So ORDERED this 18th day of March, 2022

BY THE COURT:

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

/s/Owen Katz *(via email consent)*
Counsel to Chapter 13 Trustee

FILED
3/18/22 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/Maureen Kroll
Counsel to the Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23303-CMB

Mitchell R. Steele, Jr.     Chapter 13

Shannon L. Steele

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Mar 18, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mitchell R. Steele, Jr., Shannon L. Steele, 723 Lowry Avenue, Jeannette, PA 15644-2660 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:

**Name     Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maureen Kroll
    on behalf of Joint Debtor Shannon L. Steele maureen@mkroll.comcastbiz.net  lisa@mkroll.comcastbiz.net

Maureen Kroll
    on behalf of Debtor Mitchell R. Steele  Jr. maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Mar 18, 2022     Form ID: pdf900     Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6