**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MITCHELL R. STEELE, JR. | Case No. 19-23303CMB |
| SHANNON L. STEELE | |
|         Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
|         Movant | Document No __ |
|     vs. | |
| WESTMORELAND COUNTY TAX CLAIM BUREAU* | |
|         Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

    CREDITOR STATES NO BALANCE REMAINS. THE CLAIM HAS NOT BEEN REDUCED AND STILL SHOWS A BALANCE DUE, HOWEVER.

| | |
|---|---|
| WESTMORELAND COUNTY TAX CLAIM BUREAU* | Court claim# 3/Trustee CID# 8 |
| 40 N PENNSYLVANIA AVE STE 109 | |
| GREENSBURG, PA 15601 | |

The Movant further certifies that on 07/11/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| MITCHELL R. STEELE, JR., SHANNON L. STEELE, 723 LOWRY AVENUE, JEANNETTE, PA  15644 | MAUREEN KROLL, 8981 NORWIN AVE, STE 203, NORTH HUNTINGDON, PA  15642 |

ORIGINAL CREDITOR:
WESTMORELAND COUNTY TAX CLAIM BUREAU*, 40 N PENNSYLVANIA AVE STE 109, GREENSBURG, PA  15601

NEW CREDITOR: