IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| | Case No. 19-23303-CMB |
| Mitchell R. Steele, Jr. and | |
| Shannon L. Steele, | |
| f/k/a Shannon L. McAlister, | |
|     Debtors, | |
| | Chapter 13 |
| Shannon L. Steele, | |
| f/k/a Shannon L. McAlister, | |
|     Movant, | |
| | |
| And | Related to Document No. 46 |
| | |
| Ronda J. Winnecour, Trustee, | |
|     Additional Movant, | |
| | |
| Shady Lane | |
| 100 N. Braddock Avenue | |
| Pittsburgh, PA  15208 | |
| Attn.:  Carolyn Simpson, | |
|     Office Administrator, | |
|     Respondent. | |
| | |
| Social Security No.  XXX-XX-8876 | |

<u>ORDER TO TERMINATE WAGE ATTACHMENT</u>

    The above-named Debtors having filed a Chapter 13 Petition, and Debtors having moved to terminate the wage attachment:

IT IS, THEREFORE, ORDERED that:

until further Order of this Court, the Respondent from which the Joint Debtor received income shall terminate the wage attachment dated March 30, 2020.

Prepared by:
Maureen Kroll, Esquire
Attorney for Debtors/Movants.

Date: August 15, 2023           By: /s/ Carlota M. Böhm J.
                                United States Bankruptcy Judge **dmr**

FILED
8/15/23 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23303-CMB
Mitchell R. Steele, Jr.  Chapter 13
Shannon L. Steele
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Aug 15, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

**Recip ID    Recipient Name and Address**
db/jdb    + Mitchell R. Steele, Jr., Shannon L. Steele, 723 Lowry Avenue, Jeannette, PA 15644-2660

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maureen Kroll
    on behalf of Joint Debtor Shannon L. Steele maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Maureen Kroll
    on behalf of Debtor Mitchell R. Steele Jr. maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Aug 15, 2023 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
                                  cmecf@chapter13trusteewdpa.com

TOTAL: 6