IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | Case No. 19-23303-CMB |
| Mitchell R. Steele, Jr. and : | |
| Shannon L. Steele, : | |
| f/k/a Shannon L. McAlister, : | |
|     Debtors, : | |
| : | Chapter 13 |
| Shannon L. Steele, : | |
| f/k/a Shannon L. McAlister, : | |
|     Movant, : | |
| : | |
| And : | Related to Document No. 47 |
| : | |
| Ronda J. Winnecour, Trustee, : | |
|     Additional Movant, : | |
| : | |
| Seton Hill Child Services Inc. : | |
| 105 Hartman Road, Suite 204 : | |
| Greensburg, PA  15601 : | |
|     Respondent. : | |
| : | |
| Social Security No.  XXX-XX-8876 : | |

ORDER TO PAY TRUSTEE
PURSUANT TO WAGE ATTACHMENT

The above-named Debtors having filed a Chapter 13 Petition, and Debtors having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that:

until further Order of this Court, the Respondent (Joint Debtor's new employer) from which Joint Debtor receives income:

        Seton Hill Child Services Inc.
        105 Hartman Road, Suite 204
        Greensburg, PA  15601

(1) shall deduct from that income the sum of $1,336.00 monthly beginning on the next pay day following receipt of this Order and shall deduct a similar amount each pay period thereafter, including any period for which Joint Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to Joint Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR
        CHAPTER 13 TRUSTEE, W.D.PA.
        P.O. BOX 84051
        CHICAGO, IL  60689-4002

(2) Joint Debtor is paid biweekly, and the monthly Plan payment is $1,336.00.

(3) the above-named entity shall notify the Chapter 13 Trustee if Joint Debtor's income is terminated and the reason therefor.

(4) Debtors shall serve this Order and a copy of the Notification of Joint Debtor's Social Security Number, Local Bankruptcy Form 12, that includes Joint Debtor's full Social Security number on the Respondent. Debtors shall file a Certificate of Service regarding service of the Order and Local Form, but the Social Security number shall not be included on the Certificate.

(5) all remaining income of Joint Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to Joint Debtor in accordance with usual payment procedures.

(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF JOINT DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.

(7) this Order supersedes previous Orders made to the Respondent in this case.

(8) the Respondent shall not charge any fee to Joint Debtor for the administration of this attachment Order, except as may be allowed upon application to and Order of this Court.

(9) that Debtors shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as Ordered herein may be subject to sanctions including damages to Debtors and this estate.

Dated this 11th day of August, 2023.

Dated: August 15, 2023

_____
United States Bankruptcy Judge   **dmr**

FILED
8/15/23 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mitchell R. Steele, Jr.  
Shannon L. Steele  
    Debtors

Case No. 19-23303-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Aug 15, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mitchell R. Steele, Jr., Shannon L. Steele, 723 Lowry Avenue, Jeannette, PA 15644-2660 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maureen Kroll | on behalf of Joint Debtor Shannon L. Steele maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Maureen Kroll | on behalf of Debtor Mitchell R. Steele Jr. maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Aug 15, 2023 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6