IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | Case No. 19-23303-CMB |
| Mitchell R. Steele, Jr. and : | |
| Shannon L. Steele, : | |
| f/k/a Shannon L. McAlister, : | |
|     Debtors, : | |
| : | Chapter 13 |
| Mitchell R. Steele, Jr., : | |
|     Movant, : | |
| : | |
| Vs. : | Related to Document No. 57 |
| : | |
| Ronda J. Winnecour, Trustee, : | |
|     Respondent. : | |

## CERTIFICATE OF SERVICE

    I, Maureen Kroll, Esquire, certify under penalty of perjury that I have served a copy of the September 13, 2023 Order Approving Postpetition Automobile Financing on the affected parties at the addresses on the attached matrix on September 14, 2023. The parties were served by U.S. first-class mail, postage prepaid.

Date:  09/14/2023                        /s/ Maureen Kroll, Esquire
                                                   Attorney for Debtors/Movant.
                                                 Pa. I.D. No. 61359
                                                 8981 Norwin Avenue, Suite 203
                                                 North Huntingdon, PA 15642
                                                 724-863-6770 / 724-821-9494 (fax)
                                                 maureen@mkroll.comcastbiz.net

MAILING MATRIX

Capital One Bank USA NA
P.O. Box 85015
Richmond, VA  23285

Attn: Capital One Auto Finance,
A Division of Capital One, N.A. Department
AIS Portfolio Services, LP
Account: XXXXXXXXX3915
4515 N. Sante Fe Ave., Dept. APS
Oklahoma City, OK  73118

Clerk of Courts
2 N. Main Street
Suite 101
Greensburg, PA  15601

Collection Service Center, Inc.
839 Fifth Avenue
New Kensington, PA  15068

Credit Union Bank
6801 S. Cimarron Road
Las Vegas, NV  89113

Crosina George
188 Burrell Hill Road
Penn, PA  15675

Department of Education/Navient
P.O. Box 9655
Wilkes Barre, PA  18773

Diversified Consultants Inc.
10550 Deerwood Park Blvd.
Suite 708
Jacksonville, FL  32256

Elliott Federal Credit Union
920 N. Fourth Street
Jeannette, PA  15644

Exeter Finance
P.O. Box 166097
Irving, TX  75016

Attn: Exeter Finance LLC Department
AIS Portfolio Services, LP
Account:  XXX4644
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK  73118

First National Bank of Pennsylvania
c/o Bernard C. John, Esquire
AAS Debt Recovery Inc.
P.O. Box 129
Monroeville, PA  15146

Kohls/Capital One
P.O. Box 3115
Milwaukee, WI  53201

LVNV Funding LLC
c/o Ian Z. Winograd, Esquire
Pressler, Felt & Warshaw, LLP
400 Horsham Road, Suite 110
Horsham, PA  19044

MBM Collections, LLC
100 Purity Road
Suite 3
Pittsburgh, PA  15235

Navient
P.O. Box 9655
Wilkes Barre, PA  18773

Pennsylvania Housing Finance Agency
211 N. Front Street
Harrisburg, PA  17101

PHEAA
1200 N. 7th Street
4th Floor
Harrisburg, PA  17102

PNC Bank, National Association
c/o Michael T. McKeever, Esquire
701 Market Street
Suite 5000
Philadelphia, PA  19106

PNC Bank National Association
c/o James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA  19106

Receivables Mgmt. Svcs. LLC
240 Emery Street
Bethlehem, PA  18015

Regional Acceptance Corporation
P.O. Box 580075
Charlotte, NC  28258

Seton Hill Child Services Inc.
105 Hartman Road, Suite 204
Greensburg, PA  15601

Westmoreland Christian Academy
538 Rugh Street
Greensburg, PA  15601

Westmoreland County Tax Claim Bureau
40 N. Pennsylvania Avenue
Suite 109
Greensburg, PA  15601

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

U.S. Trustee's Office
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Shannon L. and Mitchell R. Steele, Jr.
723 Lowry Avenue
Jeannette, PA  15644