IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | :    Case No. 19-23303-CMB |
| Mitchell R. Steele, Jr. and | : |
| Shannon L. Steele, | : |
| f/k/a Shannon L. McAlister, | : |
|     Debtors, | : |
| | :    Chapter 13 |
| Mitchell R. Steele, Jr. and | : |
| Shannon L. Steele, | : |
| f/k/a Shannon L. McAlister, | : |
|     Movants, | : |
| | : |
| Vs. | :    Document No. 61 |
| | : |
| Ronda J. Winnecour, Trustee, | : |
|     Respondent. | : |
| | : |

## CONSENT ORDER FOR THE COMPLETION OF CHAPTER 13 CASE WITH A LUMP SUM PAYMENT

AND NOW, this   8th   day of     April       , 2024,

1. Debtors are in month (as of March 2024) 55 of their Plan. The Plan is $4,366.00 in arrears. Debtors (who were below median filers) seek to modify their Plan to reduce it to 56 months by a lump sum payment of $9,589.00 ("Lump Sum") to the Chapter 13 Trustee within ten (10) days of the entry of this Order. Debtors shall resume the payment of long-term continuing debt in May 2024.

2. This Lump Sum payment is being made from Debtor's/Husband's TIAA-CREF retirement account. An Affidavit verifying same is attached hereto as Exhibit 1.

3. Upon receipt of the Lump Sum payment, the Chapter 13 Trustee shall distribute said funds in accordance with the confirmed Chapter 13 Plan, as has been modified by this Order, in accordance with her normal distribution cycle(s).

4. The Lump Sum amount is an estimate, and Debtors will be responsible for any additional monies necessary to complete the Plan payments after an audit is completed.

FILED
4/8/24 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
dmr

Consented to:

/s/Owen Katz, Esquire
Owen Katz, Esquire
Chapter 13 Trustee

/s/Maureen Kroll, Esquire
Maureen Kroll, Esquire
Attorney for Debtors/Movants.

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-23303-CMB

Mitchell R. Steele, Jr.     Chapter 13

Shannon L. Steele

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Mitchell R. Steele, Jr., Shannon L. Steele, 723 Lowry Avenue, Jeannette, PA 15644-2660

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maureen Kroll
    on behalf of Joint Debtor Shannon L. Steele maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Maureen Kroll
    on behalf of Debtor Mitchell R. Steele Jr. maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2                                   User: auto                                      Page 2 of 2
Date Rcvd: Apr 08, 2024                          Form ID: pdf900                               Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6