**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/23/2024

IN RE:

| | |
|---|---|
| MITCHELL R. STEELE, JR.<br>SHANNON L. STEELE<br>723 LOWRY AVENUE<br>JEANNETTE,  PA  15644<br>XXX-XX-2455           Debtor(s)<br><br>XXX-XX-8876 | Case No.19-23303 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/23/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** ATTN BANKRUPTCY NOTICING  4515 N SANTA FE AVE DEPT APS  OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 1    INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: CAP 1 AUTO/PRAE | CRED DESC: NOTICE ONLY  ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** ATTN BANKRUPTCY NOTICING  4515 N SANTA FE AVE DEPT APS  OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 2    INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: EXETER FNC/PRAE | CRED DESC: NOTICE ONLY  ACCOUNT NO.: |
| **KML LAW GROUP PC***  701 MARKET ST STE 5000  PHILADELPHIA, PA  19106 | Trustee Claim Number: 3    INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY  ACCOUNT NO.: |
| **PHFA-HEMAP(*)**  ATTN: LOAN SERVICING  PO BOX 15057  HARRISBURG, PA  17105-5057 | Trustee Claim Number: 4    INT %: 4.75%  Court Claim Number: 17  CLAIM: 13,600.82  COMMENT: CL17GOV*S/B@PIF*PMT/CONF~NT STD/CL*PHFA/PL*CL IS ALL ARRS*DK! | CRED DESC: MORTGAGE PAID IN FULL  ACCOUNT NO.: 0050 |
| **PNC BANK NA**  PO BOX 94982  CLEVELAND, OH  44101 | Trustee Claim Number: 5    INT %: 0.00%  Court Claim Number: 14  CLAIM: 0.00  COMMENT: CL14GOV*382.57/PL*425.83x(60+2)=LMT*DKT | CRED DESC: MORTGAGE REGULAR PAYMEN  ACCOUNT NO.: 1862 |
| **REGIONAL ACCEPTANCE CORP**  C/O BB & T - SERVICER  PO BOX 1847  WILSON, NC  27894 | Trustee Claim Number: 6    INT %: 7.25%  Court Claim Number: 1  CLAIM: 9,975.00  COMMENT: $/CONF@TERMS/PL*4381@7.5%/PL~2b506*DK | CRED DESC: VEHICLE  ACCOUNT NO.: 8431 |
| **MAIELLO BRUNGO & MAEILLO LLP**  FOXPOINTE II  100 PURITY RD STE 3  PITTSBURGH, PA  15235 | Trustee Claim Number: 7    INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: PRI/SCH-PL*CMBD @ 8 | CRED DESC: SECURED CREDITOR  ACCOUNT NO.: 5772 |
| **WESTMORELAND COUNTY TAX CLAIM BUREAU**  40 N PENNSYLVANIA AVE STE 109  GREENSBURG, PA  15601 | Trustee Claim Number: 8    INT %: 9.00%  Court Claim Number: 3  CLAIM: 3,497.17  COMMENT: CL3GOV*1403040353;16-18*PRI/SCH*5150.22TTL/PL@PRI~0%*STAT ISSUE*WNTS 9 | CRED DESC: SECURED CREDITOR  ACCOUNT NO.: 0353 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083  CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9    INT %: 0.00%  Court Claim Number: 2  CLAIM: 483.40  COMMENT: | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 0759 |
| **WESTMORELAND COUNTY**  CLERK OF COURTS  2 N MAIN ST #203  WESTMORELAND CTY COURTHOUSE  GREENSBURG, PA  15601 | Trustee Claim Number: 10   INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 2012 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~CHILDRENS COMM PDTRCS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~CCP EXPRESS CARE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT UNION BANK**<br>6801 S CIMARRON RD<br><br>LAS VEGAS, NV  89113 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEPARTMENT OF EDUCATION/NAVIENT++**<br>PO BOX 9635<br><br>WILKES BARRE, PA  18773 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEPARTMENT OF EDUCATION/NAVIENT++**<br>PO BOX 9635<br><br>WILKES BARRE, PA  18773 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEPARTMENT OF EDUCATION/NAVIENT++**<br>PO BOX 9635<br><br>WILKES BARRE, PA  18773 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEPARTMENT OF EDUCATION/NAVIENT++**<br>PO BOX 9635<br><br>WILKES BARRE, PA  18773 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEPARTMENT OF EDUCATION/NAVIENT++**<br>PO BOX 9635<br><br>WILKES BARRE, PA  18773 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DIVERSIFIED CONSULTANTS++**<br>POB 551268<br><br>JACKSONVILLE, FL  32255 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~COMCAST/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ELLIOTT COMMUNITY FEDERAL CREDIT UNION**<br>940 NORTH 4TH ST<br><br>JEANNETTE, PA  15644 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **EXETER FINANCE LLC**** PO BOX 167399 IRVING, TX 75016 | Trustee Claim Number: 21  INT %: 0.00% Court Claim Number: 7 CLAIM: 12,699.28 COMMENT: NO ACCT~AUTO REPO*DFNCY BAL | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4644 |
| **FIRST NATIONAL BANK OF PA**** C/O AAS DEBT RECOVERY INC ATTN BANKRUPTCY NOTICING 2526 MONROEVILLE BLVD STE 205 MONROEVILLE, PA 15146 | Trustee Claim Number: 22  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: REPO/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2013 |
| **CAPITAL ONE NA**** C/O BECKET & LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Trustee Claim Number: 23  INT %: 0.00% Court Claim Number: 12 CLAIM: 387.15 COMMENT: NO ACCT/SCH*KOHL'S*7/18 CHG OFF | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1183 |
| **CAPITAL ONE NA**** C/O BECKET & LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Trustee Claim Number: 24  INT %: 0.00% Court Claim Number: 9 CLAIM: 327.00 COMMENT: NO ACCT/SCH*KOHL'S*CHG OFF 11/16 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4861 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 25  INT %: 0.00% Court Claim Number: 15 CLAIM: 758.66 COMMENT: CL15GOV*UNS/SCH-PL*SHERMAN/CREDIT ONE*JUDGMENT*DOCKET 1707 OF 201 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 5576 |
| **VL FUNDING** C/O NAVIENT SOLUTIONS INC PO BOX 9000 WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 26  INT %: 0.00% Court Claim Number: 11 CLAIM: 8,638.33 COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2455 |
| **NAVIENT SOLUTIONS LLC O/B/O AIDVANTAGE** C/O DEPARTMENT OF ED LOAN SERVICES PO BOX 4450 PORTLAND, OR 97208 | Trustee Claim Number: 27  INT %: 0.00% Court Claim Number: 10-2 CLAIM: 82,433.12 COMMENT: NO ACCT/SCH*AMD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2455 |
| **NAVIENT SOLUTIONS LLC O/B/O ASCENDIUM E** C/O ASCENDIUM EDUCATION SOLUTIONS INC PO BOX 809142 CHICAGO, IL 60680 | Trustee Claim Number: 28  INT %: 0.00% Court Claim Number: 5 CLAIM: 9,487.84 COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8876 |
| **PHEAA(*)** PO BOX 1375 BUFFALO, NY 14240-1375 | Trustee Claim Number: 29  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **PHEAA(*)** PO BOX 1375 BUFFALO, NY 14240-1375 | Trustee Claim Number: 30  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |

| | | |
|---|---|---|
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  627.54<br>COMMENT:  NO ACCT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8876 |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **REC MANAGEMENT SERVICE++**<br>240 EMERY ST<br><br>BETHLEHEM, PA 18015 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WESTMORELAND CHRISTIAN ACADEMY**<br>538 RUGH ST<br><br>GREENSBURG, PA 15601 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 1,400.00<br>COMMENT: 4 CHILDREN 18-19 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **T MOBILE**<br>BKO TEAM<br>POB 53410<br><br>BELLEVUE, WA 98015-3410 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH G | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **TEMPOE LLC DBA WHY NOT LEASE IT**<br>7755 MONTGOMERY RD #500<br><br>CINCINNATI, OH 45236 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:16-2<br><br>CLAIM: 144.02<br>COMMENT: CL16-2GOV AS TIMELY*/SCH G*NT PROV/PL*AMD | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **CROSINA GEORGE**<br>188 BURRELL HILL RD<br><br>PENN, PA 15675 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 3,828.72<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1206 |
| **PHFA-HEMAP(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br><br>HARRISBURG, PA 17105-5057 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 0.00<br>COMMENT: 13231/PL@PHFA*CL=0 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0050 |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 8,426.47<br>COMMENT: CL14GOV*7537/PL*THRU 8/19 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1862 |
| **ASHLEY FUNDING SVCS LLC**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 30.00<br>COMMENT: NT/SCH*LAB CORP*MEDICAL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4500 |
| **REGIONAL ACCEPTANCE CORP**<br>C/O BB & T - SERVICER<br>PO BOX 1847<br><br>WILSON, NC 27894 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 10,999.51<br>COMMENT: REM BAL@UNSEC/CONF*DKT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8431 |