UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　MITCHELL R. STEELE, JR.<br>SHANNON L. STEELE<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　MITCHELL R. STEELE, JR.<br>SHANNON L. STEELE<br>　　　Respondents | Case No.19-23303CMB<br><br>Chapter 13<br><br>Document No. __64__ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

　　AND NOW, this __24th__ day of __April__, 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Seton Hill Child Services Inc
Attn: Payroll
105 Hartman Rd
Suite 204
Greensburg, PA 15601

is hereby ordered to immediately terminate the attachment of the wages of SHANNON L. STEELE, social security number XXX-XX-8876. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SHANNON L. STEELE.

BY THE COURT:

_Carlota M. Böhm_ /dmr
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

FILED
4/24/24 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mitchell R. Steele, Jr.  
Shannon L. Steele  
    Debtors

Case No. 19-23303-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Apr 24, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

Recip ID     Recipient Name and Address  
db/jdb     + Mitchell R. Steele, Jr., Shannon L. Steele, 723 Lowry Avenue, Jeannette, PA 15644-2660

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon  
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Keri P. Ebeck  
     on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com  
     btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maureen Kroll  
     on behalf of Joint Debtor Shannon L. Steele maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Maureen Kroll  
     on behalf of Debtor Mitchell R. Steele  Jr. maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Apr 24, 2024 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6