**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MITCHELL R. STEELE, JR.
    SHANNON L. STEELE
        Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:19-23303

Chapter 13

Document No.:    72

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___13th___ day of ___September___, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
9/13/24 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 19-23303-CMB

Mitchell R. Steele, Jr.                                                                          Chapter 13

Shannon L. Steele

Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 13, 2024 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mitchell R. Steele, Jr., Shannon L. Steele, 723 Lowry Avenue, Jeannette, PA 15644-2660 |
| 15108770 | + | Clerk of Courts, 2 N. Main Street, Suite 101, Greensburg, PA 15601-2405 |
| 15108772 | + | Credit Union Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 15108773 | + | Crosina George, 188 Burrell Hill Road, Penn, PA 15675-1100 |
| 15108775 | + | Diversified Consultants Inc., 10550 Deerwood Park Blvd., Suite 708, Jacksonville, FL 32256-2810 |
| 15108776 | + | Elliott Federal Credit Union, 920 N. Fourth Street, Jeannette, PA 15644-1499 |
| 15108778 | + | First National Bank of Pennsylvania, c/o Bernard C. John, Esquire, AAS Debt Recovery Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 15108781 | + | MBM Collections, LLC, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15108785 | + | PNC Bank, National Association, c/o Michael T. McKeever, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15152012 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, LLC dba Why Not Lease It, 720 East Pete Rose Way, Ste. 400, Cincinnati, OH 45202 |
| 15108788 | + | Westmoreland Christian Academy, 538 Rugh Street, Greensburg, PA 15601-5616 |
| 15108789 | + | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Avenue, Suite 109, Greensburg, PA 15601-2341 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2024 23:43:36 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2024 23:43:29 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15142288 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 23:42:41 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15108769 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2024 23:42:39 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285 |
| 15120382 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2024 23:53:49 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15139662 | | Email/PDF: bncnotices@becket-lee.com | Sep 13 2024 23:43:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15108771 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 13 2024 23:33:00 | Collection Service Center, Inc., 839 Fifth Avenue, New Kensington, PA 15068-6303 |
| 15108774 | + | Email/PDF: pa_dc_claims@navient.com | Sep 13 2024 23:42:38 | Department of Education/Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15108777 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 13 2024 23:43:31 | Exeter Finance, P.O. Box 166097, Irving, TX |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Sep 13, 2024 | Form ID: pdf900 | Total Noticed: 38

| | | | |
|---|---|---|---|
| | | | 75016-6097 |
| 15134992 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 13 2024 23:42:38 | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 15108779 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 13 2024 23:32:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15147285 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 23:43:34 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15125873 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 13 2024 23:32:00 | NAVIENT SOLUTIONS, LLC. ON BEHALF OF, Ascendium Education Solutions, Inc., Po Box 8961, Madison, WI 53708-8961 |
| 15108782 | + Email/PDF: pa_dc_claims@navient.com | Sep 13 2024 23:43:36 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15139808 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 14 2024 00:04:36 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15195099 | Email/Text: blegal@phfa.org | Sep 13 2024 23:33:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 15125097 | + Email/Text: bncnotifications@pheaa.org | Sep 13 2024 23:33:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 15108784 | + Email/Text: bncnotifications@pheaa.org | Sep 13 2024 23:33:00 | PHEAA, 1200 N. 7th Street, 4th Floor, Harrisburg, PA 17102-1444 |
| 15146564 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2024 23:32:00 | PNC Bank, NA, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 15108780 | Email/Text: signed.order@pfwattorneys.com | Sep 13 2024 23:32:00 | LVNV Funding LLC, c/o Ian Z. Winograd, Esquire, Pressler, Felt & Warshaw, LLP, 400 Horsham Road, Suite 110, Horsham, PA 19044 |
| 15108783 | + Email/Text: blegal@phfa.org | Sep 13 2024 23:33:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 15108786 | ^ MEBN | Sep 13 2024 23:31:12 | Receivables Mgmt. Svcs. LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15117661 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 13 2024 23:42:41 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 15108787 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 13 2024 23:42:41 | Regional Acceptance Corporation, P.O. Box 580075, Charlotte, NC 28258-0075 |
| 15140098 | Email/PDF: pa_dc_claims@navient.com | Sep 13 2024 23:53:46 | VL FUNDING, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15136868 | + Email/Text: bankruptcy@firstenergycorp.com | Sep 13 2024 23:33:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Regional Acceptance Corporation |
| 15140324 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0315-2                         User: auto                              Page 3 of 3
Date Rcvd: Sep 13, 2024                 Form ID: pdf900                     Total Noticed: 38

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2024                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maureen Kroll | on behalf of Joint Debtor Shannon L. Steele maureen@mkroll.comcastbiz.net  lisa@mkroll.comcastbiz.net |
| Maureen Kroll | on behalf of Debtor Mitchell R. Steele  Jr. maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7