**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MITCHELL R. STEELE, JR.<br>SHANNON L. STEELE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.:19-23303 CMB<br><br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 08/21/2019 and confirmed on 10/25/2019. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,313.88 |
| Less Refunds to Debtor | 2,443.25 | |
| TOTAL AMOUNT OF PLAN FUND | | 71,870.63 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,200.00 | |
| 　Trustee Fee | 3,752.51 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,952.51 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　PNC BANK NA | 0.00 | 24,272.31 | 0.00 | 24,272.31 |
| 　　Acct: 1862 | | | | |
| 　PHFA-HEMAP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0050 | | | | |
| 　PNC BANK NA | 8,426.47 | 8,426.47 | 0.00 | 8,426.47 |
| 　　Acct: 1862 | | | | |
| 　MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 5772 | | | | |
| 　WESTMORELAND COUNTY TAX CLAIM BL | 1,948.19 | 1,948.19 | 959.48 | 2,907.67 |
| 　　Acct: 0353 | | | | |
| 　LVNV FUNDING LLC | 758.66 | 758.66 | 0.00 | 758.66 |
| 　　Acct: 5576 | | | | |
| 　TEMPOE LLC DBA WHY NOT LEASE IT | 96.93 | 96.93 | 0.00 | 96.93 |
| 　　Acct: | | | | |
| 　PHFA-HEMAP(*) | 13,600.82 | 13,600.82 | 2,058.75 | 15,659.57 |
| 　　Acct: 0050 | | | | |
| 　REGIONAL ACCEPTANCE CORP | 9,975.00 | 9,975.00 | 2,376.75 | 12,351.75 |
| 　　Acct: 8431 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 64,473.36 |
| **Priority** | | | | |
| MAUREEN KROLL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MITCHELL R. STEELE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MITCHELL R. STEELE, JR. | 2,443.25 | 2,443.25 | 0.00 | 0.00 |
| Acct: | | | | |
| MAUREEN KROLL | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 14.91 | 14.91 | 0.00 | 14.91 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXDEMY | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 0.49 | 0.49 | 0.00 | 0.49 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXDEMY | | | | |
| | | | | 15.40 |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 483.40 | 5.32 | 0.00 | 5.32 |
| Acct: 0759 | | | | |
| WESTMORELAND COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2012 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT UNION BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT OF EDUCATION/NAVIENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT OF EDUCATION/NAVIENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT OF EDUCATION/NAVIENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT OF EDUCATION/NAVIENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT OF EDUCATION/NAVIENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ELLIOTT COMMUNITY FEDERAL CREDIT U | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EXETER FINANCE LLC** | 12,699.28 | 139.69 | 0.00 | 139.69 |
| Acct: 4644 | | | | |
| FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2013 | | | | |
| CAPITAL ONE NA** | 387.15 | 4.26 | 0.00 | 4.26 |
| Acct: 1183 | | | | |
| CAPITAL ONE NA** | 327.00 | 3.60 | 0.00 | 3.60 |
| Acct: 4861 | | | | |
| VL FUNDING | 8,638.33 | 95.02 | 0.00 | 95.02 |
| Acct: 2455 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O AIDVANT | 82,433.12 | 906.76 | 0.00 | 906.76 |
| Acct: 2455 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O ASCEND | 9,487.84 | 104.37 | 0.00 | 104.37 |
| Acct: 8876 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHEAA(*) | 627.54 | 6.90 | 0.00 | 6.90 |
|     Acct: 8876 | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REC MANAGEMENT SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESTMORELAND CHRISTIAN ACADEMY | 1,400.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WEST PENN POWER* | 3,828.72 | 42.12 | 0.00 | 42.12 |
|     Acct: 1206 | | | | |
|   ASHLEY FUNDING SVCS LLC | 30.00 | 0.33 | 0.00 | 0.33 |
|     Acct: 4500 | | | | |
|   REGIONAL ACCEPTANCE CORP | 10,999.51 | 120.99 | 0.00 | 120.99 |
|     Acct: 8431 | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   T MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CROSINA GEORGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,429.36 |

TOTAL PAID TO CREDITORS                                                                                              65,918.12

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 15.40 |
| SECURED | 34,806.07 |
| UNSECURED | 131.341.89 |

Date: 11/13/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com